1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**MICHAEL ANDEREGG,**

    Plaintiff,

    v.

**AMERICAN EXPRESS CENTURION BANK, AND DOES 1-20 INCLUSIVE,**

    Defendants.

**Case No.:** C 12-6078 CW

**[PROPOSED] ORDER GRANTING DISMISSAL OF THE ACTION WITH PREJUDICE**

   Based upon the Parties' Joint Stipulation for Dismissal, and good cause, this Court hereby orders the Action dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:   9/4/2013

HON. CLAUDIA WILKEN