# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDEREGG,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CENTURION BANK, AND DOES 1-20 INCLUSIVE,<br><br>Defendants. | Case No.: C 12-6078 CW<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ACTION WITH PREJUDICE |

Based upon the Parties' Joint Stipulation for Dismissal, and good cause, this Court hereby orders the Action dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __9/4/2013_____                    _____
                                                HON. CLAUDIA WILKEN

[PROPOSED] ORDER                                                    C 12-6078 CW